IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LAVADA YORK,                          :

    Plaintiff,                    :

vs.                                   :
                                      CIVIL ACTION 05-0584-M
JO ANNE B. BARNHART,                  :
Acting Commissioner of
Social Security,                      :

    Defendant.                    :

## MEMORANDUM OPINION AND ORDER

    In this action under 42 U.S.C. § 405(g), Plaintiff seeks judicial review of an adverse social security ruling which denied a claim for disability insurance benefits (Doc. 1). In a Report and Recommendation dated April 24, 2006, it was recommended that Defendant's Motion to Remand be granted (Doc. 10) and that this action should be remanded as Defendant had admitted that Plaintiff's application had not been properly considered (Doc. 11). Since that Report and Recommendation was entered, the Parties have filed written consent and this action has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 (*see* Doc. 13).

    Therefore, after consideration of the entire record, the Court adopts the Report and Recommendation as the Opinion of the Court. This action is to be **REMANDED** to the Social Security Commissioner for further actions not inconsistent with the Orders

of this Court.  Judgment will be entered by separate order.

DONE this 25th day of April, 2006.

s/BERT W. MILLING, JR.<br>
UNITED STATES MAGISTRATE JUDGE

2